THE ALBANY CITY NATIONAL BANK, *Respondent, v.* THE CITY OF ALBANY, *Appellant.* — Judgment affirmed, with costs. Opinion by RUMSEY, J.; LEARNED, P. J., not acting.

JOHN L. PERRY, JR., *Executor, etc., Appellant, v.* THE COMMUNITY OF SISTERS, *Respondent* — Decree affirmed, with costs against the executor personally. Opinion by LEARNED, P. J.

THE NATIONAL BANK OF RONDOUT, *Respondent, v.* BENEDICT DREYFUS and others, *Appellants.*

JOHN M. DODD and ALEXANDER ROSS, *Respondents, v.* BENEDICT DREYFUS and others, *Appellants.* — Judgment affirmed, with costs in both cases. Judgment to be settled before OSBORN, J. Opinion by OSBORN, J.

GEORGE R. BELL, *Survivor, etc., Respondent, v.* THE LYCOMING FIRE INSURANCE COMPANY, *Appellant.* — Judgment and order affirmed on opinion of court below.

CASENDANIA SANFORD and LIVONIA SMITH, *Respondents, v.* THURMAN D. ELLITHORP and PASCAL D. ELLITHORP, *Appellants, Impleaded,* Judgment affirmed, with costs. Opinion by OSBORN, J.

HENRY TAYLOR, *Appellant, v.* AMOS N. FITCH, *Respondent.* — Judgment reversed, new trial granted; referee discharged, costs to abide event. Opinion by OSBORN, J.

SUSAN A. ROGERS, *Appellant, v.* THE VILLAGE OF SANDY HILL and JAMES MERRIHEW, *as Collector of said Village, Respondents.* — Judgment reversed, new trial granted, costs to abide event. Opinion by LEARNED, P. J.

IN THE MATTER OF THE ACCOUNTING OF JOHN CONSALUS, *as Executor of* AMELIA W. HALL, *Deceased.* — Decree affirmed, with costs. Opinion by LEARNED, P. J.

MARY MONAHAN, *Respondent, v.* THE CITY OF COHOES, *Appellant.* — Judgment and order affirmed, with costs. Opinion by RUMSEY, J.; OSBORN, J., not acting.

ADDIE M. SMITH, *Respondent, v.* LOUIS H. CRAMER, *as Receiver of Taxes, etc.,* and others, *Appellants.* — Judgment modified by declaring tax of 1879 unauthorized and illegal, and setting aside sale and enjoining conveyance. As modified affirmed, with costs. Opinion by LEARNED, P. J.

ELIZABETH SNYDER *v.* SYLVESTER SNYDER and others. — Judgment reversed. Referee discharged, new trial granted, costs to abide event. Opinions by LEARNED, P. J., and OSBORN, J.; and by RUMSEY, J., dissenting.

E. CLARK CARLEY, *Respondent, v.* JOHN J. WHEATON, *Appellant, Impleaded, etc.* — Motion for new trial denied and judgment ordered on verdict for plaintiff, with costs. Opinion by OSBORN, J.

FREDERICK WHEELER, *Respondent, v.* MERRITT KING, *Appellant.* — Judgment and order reversed, new trial granted, costs to abide event. Opinion by OSBORN, J.